IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

        Plaintiff,

-vs-                                                                                                Criminal Action No.
                                                                                            22-00048-16-CR-W-DGK

JACHOBETTE J. GARDNER,

        Defendant.

**MEMORANDUM OF MATTERS DISCUSSED AND**
**ACTION TAKEN AT PRETRIAL CONFERENCE**

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGES**: 

| | | |
|---|---|---|
| | Count 1: | Conspiracy to distribute 5 kilograms or more of cocaine; fentanyl; and less than 50 kilograms of marijuana *in violation of* 21 U.S.C. § 841(a)(1), (b)(1)(C) and (b)(1)(D) |
| | Counts 39, 41: | Use of a Communication Facility to Facilitate a Drug Trafficking Crime *in violation of* 21 U.S.C. § 843(b) and (d)(1) |
| | Count 94: | Possession with Intent to Distribute Marijuana *in violation of* 21 U.S.C. § 841(a)(1) and (b)(1)(D) |
| | Count 95: | Possession of a Firearm in Furtherance of a Drug Trafficking Offense *in violation of* 18 U.S.C. § 924(c)(1)(A)(i) |

        Forfeiture Allegations One and Two

**TRIAL COUNSEL**:
    Government: Matthew Moeder, Sean Foley, Stephanie Bradshaw; Paralegal Michelle Wells
    Case Agent: ATF Special Agent Elizabeth White
    Defense: P.J. O'Connor and Law Clerk Alex Deluca

**OUTSTANDING MOTIONS**: None

**ANTICIPATED MOTIONS**: Government - Rule 404(b) Notice; Defense - None

**TRIAL WITNESSES**:

    <u>Government</u>: 50 without stipulations if four defendants go to trial; premature to address stipulations specific to each defendant

    <u>Defense</u>: 3 witnesses, including Defendant who    ( ) will
                                                                             (x) may
                                                                             ( ) will not testify

**TRIAL EXHIBITS**:

    Government: 300 exhibits with four defendants going to trial
    Defense: 25 exhibits

**DEFENSES**:
- (x)    defense of general denial
- ( )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:
- ( ) Definitely for trial         ( ) Possibly for trial
- ( ) Motion to continue to be filed   (x) Likely a plea will be worked out

**TRIAL TIME**: **10 days for trial with four defendants**
    Government's case including jury selection: 7-8 days
    Defense case: 2 days

**STIPULATIONS**:
- ( )    not likely
- ( )    not appropriate
- (x)    likely as to:
  - ( )    chain of custody
  - (x)    chemist's reports
  - ( )    prior felony conviction
  - ( )    interstate nexus of firearm
  - ( )    other: _____

**UNUSUAL QUESTIONS OF LAW**: None

**FILING DEADLINES:**

**Witness and Exhibit Lists**:
Government: On or before June 24, 2024
Defense: On or before June 24, 2024
**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, Voir Dire, Jury Instructions**: On or before June 24, 2024
**Jury instructions must comply with Local Rule 51.1**

**Motions in Limine**: On or before June 24, 2024

**TRIAL SETTING**: Criminal jury trial docket commencing 7/8/2024
    **Please note**: The Government requests trial start on the second week of the docket as Government Counsel has a conflict on July 8th and 9th. However, Government Counsel would be available beginning July 10th. Defense Counsel has a conflict on July 8th, but it is moveable if needed.

**OTHER**:
    ( )    A _____-speaking interpreter is required.
    ( )    Other assistive devices:

**IT IS SO ORDERED.**

                                            */s/ Jill A. Morris*
                                            JILL A. MORRIS
                                            United States Magistrate Judge